# UNITED STATES DISTRICT COURT
# DISTRICT OF ARIZONA

| | |
|---|---|
| Steven Harrison, et., al., | ) **JUDGMENT OF DISMISSAL** |
| | ) **IN A CIVIL CASE** |
| Plaintiffs, | ) |
| | ) CV 11-00111-TUC-FRZ |
| v. | ) |
| | ) |
| Infinity Capital Group Inc., et., al., | ) |
| | ) |
| Defendants. | ) |

___  Jury Verdict. This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

_X_  Decision by Court. This action came for consideration before the Court. The issues have been considered and a decision has been rendered.

IT IS ORDERED AND ADJUDGED that pursuant to the Court's order dated April 24, 2012, that all claims in this action are dismissed with prejudice.

BRIAN D. KARTH
District Court Executive/Clerk

April 24, 2012

s/B. Ruiz
By: Deputy Clerk

cc: (all counsel)